390 A.2d 301

Commonwealth ex rel. Dietrich, Appellant, v. Dietrich.

Argued March 21, 1978. Clement E. Kisailus, for appellant; Bernard A. Podcasy, with him John Moses, for appellee.

Case remanded for complete hearing to re-evaluate visitation rights.

JACOBS, P. J., and SPAETH, J., did not participate in the consideration or decision of this case.

390 A.2d 301

Commonwealth ex rel. Gaskins v. Gaskins, Appellant.

Argued March 29, 1978. Isaiah W. Crippins, for appellant; Martin A. Ostrow, for appellee.

Order affirmed.